# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:13CR00017 |
| v. | ) | **ORDER** |
| ALEN JOHANNES SALERIAN, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

Defendant has filed a Motion for a *Franks* Hearing and to Suppress, which motion was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, for Report and Recommendation. The Magistrate Judge filed her Report and Recommendation (ECF No. 78) on December 9, 2013. No objections have been filed to the Report and Recommendation and the time for such objections has expired.

It appearing proper, it is **ORDERED** as follows:

1. The Purposed Findings of Fact and Recommendation of the magistrate judge (ECF No. 78) are ACCEPTED; and

2. The Motion for a *Franks* Hearing and to Suppress (ECF No. 73) is DENIED.

ENTER: January 10, 2014

/s/ James P. Jones
United States District Judge